B6I (Official Form 6I) (12/07)

In re **Walter Eugene Schoonover**                             Case No. **09-13815**
                           Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **Son** | AGE(S): **17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **Sonic Drive In** | |
| How long employed | **20 years** | |
| Address of Employer | **100 West Trower Mannford, OK 74044** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 3,900.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 3,900.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 645.93 | $ N/A |
|    b. Insurance | $ 32.00 | $ N/A |
|    c. Union dues | $ 0.00 | $ N/A |
|    d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 677.93 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 3,222.07 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): **Son's Car Payment (son's contribution)** | $ 302.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 302.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,524.07 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 3,524.07 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Depends on economy**

B6J (Official Form 6J) (12/07)

In re __Walter Eugene Schoonover__                                    Case No. __09-13815__
                               Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | $ |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | 843.00 |
|    a. Are real estate taxes included?     Yes ___   No _X_ | |
|    b. Is property insurance included?    Yes ___   No _X_ | |
| 2. Utilities:  a. Electricity and heating fuel | 320.00 |
|    b. Water and sewer | 0.00 |
|    c. Telephone | 119.00 |
|    d. Other  __Cimtel bundle__ | 89.00 |
| 3. Home maintenance (repairs and upkeep) | 0.00 |
| 4. Food | 375.00 |
| 5. Clothing | 50.00 |
| 6. Laundry and dry cleaning | 35.00 |
| 7. Medical and dental expenses | 0.00 |
| 8. Transportation (not including car payments) | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | 0.00 |
| 10. Charitable contributions | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | 108.33 |
|    b. Life | 177.00 |
|    c. Health | 0.00 |
|    d. Auto | 114.00 |
|    e. Other _____ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) __Ad valorum taxes__ | 91.66 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | 0.00 |
|    b. Other _____ | 0.00 |
|    c. Other _____ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | 0.00 |
| 15. Payments for support of additional dependents not living at your home | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | 0.00 |
| 17. Other _____ | 0.00 |
|     Other _____ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **2,471.99** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I      $ 3,524.07
b. Average monthly expenses from Line 18 above            $ 2,471.99
c. Monthly net income (a. minus b.)                        $ 1,052.08

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Walter Eugene Schoonover**  
Debtor(s)

Case No.  **09-13815**  
Chapter  **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __2__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 12, 2010**            Signature  **/s/ Walter Eugene Schoonover**  
                                                **Walter Eugene Schoonover**  
                                                Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy